

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2016

No. 04-15-00725-CV

**IN THE INTEREST OF D.N.M., A CHILD**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01778
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Sitting:     Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

The court has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2016.

_____
Keith E. Hottle
Clerk of Court